**SWEET JAMES, LLP**
Eli S. Cohen, Esq. (SBN 294124)
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660
Tel:   (949) 644-1000
Fax:   (949) 644-1005
elic@sweetjames.com
esc-service@sweetjames.com

Attorneys for Plaintiff,
CANNEN REIGHS BUELNA

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA
### EUREKA DIVISION

| | |
|---|---|
| CANNEN REIGHS BUELNA, an individual,<br><br>          Plaintiff;<br><br>     vs.<br><br>UNITED STATES OF AMERICA; BANDIT INDUSTRIES, INC.; and DOES 1 through 50, Inclusive,<br><br>          Defendants. | CASE NO.: 4:25-CV-01020-HSG<br><br>*Assigned to Judge Haywood S. Gilliam, Jr.*<br><br>**STIPULATION AND ORDER TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES** |

The Parties to the above-captioned action, by and through their respective counsel of record, hereby stipulate as follows:

**WHEREAS**, Plaintiff Cannen Reighs Buelna filed this action on January 31, 2025;

**WHEREAS**, Defendant Bandit Industries, Inc. was served with the Complaint on February 10, 2025;

**WHEREAS**, Defendant Bandit Industries, Inc. filed its Answer to the Complaint with Jury Demand and Corporate Disclosure Statement on March 4, 2025;

**WHEREAS**, Defendant United States of America was served with the Complaint on April 7, 2025;

1

STIPULATION AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES

**WHEREAS**, pursuant to Federal Rule of Civil Procedure 12(a)(2), Defendant United States of America's responsive pleading is due on June 6, 2025;

**WHEREAS**, the Court has scheduled an Initial Case Management Conference for May 6, 2025, at 2:00 PM;

**WHEREAS**, the Court has set April 15, 2025, as the deadline for the parties to meet and confer regarding initial disclosures, early settlement, ADR process selection, and a discovery plan pursuant to Federal Rule of Civil Procedure 26(f);

**WHEREAS**, the Court had set April 15, 2025, as the deadline to file ADR Certification;

**WHEREAS**, the Court has set April 29, 2025, as the deadline to make initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1);

**WHEREAS**, the Court has set April 29, 2025, as the deadline to file a Joint Case Management Statement;

**WHEREAS**, all parties filed their ADR certification on April 15, 2025;

**WHEREAS**, counsel for Defendant United States of America has indicated during a teleconference among all counsel that the United States intends to file a Motion to Dismiss;

**WHEREAS**, all parties believe that judicial economy would be best served by continuing the Initial Case Management Conference until after Defendant United States of America has filed its responsive pleading and any Motion to Dismiss has been heard and decided by the Court;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the parties, subject to the Court's approval, that:

1. The Initial Case Management Conference currently scheduled for May 6, 2025, at 2:00 PM shall be continued to a date after the hearing and resolution of the United States' anticipated Motion to Dismiss, or to a date deemed appropriate by the Court, and the deadlines for the parties' Rule 26(f) conference and Rule 26(a)(1) disclosures shall be adjusted in accordance with the continued Initial Case Management Conference;

SWEET JAMES, LLP
4220 Von Karman Avenue, Suite 200
Newport Beach, CA 92660

2. The deadline to file a Joint Case Management Statement shall be continued to 7 days before the rescheduled Initial Case Management Conference;

3. This stipulation is made without prejudice to any party's rights, claims, or defenses in this action.

IT IS SO STIPULATED.

I, Eli S. Cohen, hereby attest that I have obtained email consent from all other signatories to file this document on their behalf. I have on file all holographic signatures and/or email approvals corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: April 21, 2025                    **Sweet James, LLP**

By: *Eli S. Cohen*
Eli S. Cohen, Esq.
Attorney for Plaintiff,
CANNEN REIGHS BUELNA

DATED: April 21, 2025

**United States Attorney's Office**

By: /S/ Jevechius Doherty Bernardoni
Jevechius Doherty Bernardoni, Esq.
Attorney for Defendant
UNITED STATES OF AMERICA

DATED: April 21, 2025

**Matheny Sears Linkert & Jaime LLP**

By: /S/ Richard Stone Linkert
Richard Stone Linkert, Esq.
Attorney for Defendant
BANDIT INDUSTRIES, INC.

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  4/23/2025



4

STIPULATION AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES