UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANNEN REIGHS BUELNA<br><br>Plaintiff(s)<br>v.<br><br>BANDIT INDUSTRIES, INC.; ET AL<br><br>Defendant(s) | CASE No C 4:25-cv-01020-HSG<br><br>STIPULATION AND ORDER<br>SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☒ **Private ADR** (*specify process and provider*)
# Private Half Day Mediation with Judicate West

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☒ other requested deadline: Friday October 10, 2025

Date: 5/12/2025            /S/ Eli S. Cohen
                           Attorney for Plaintiff

Date: 5/12/2025            /S/ Richard Stone Linkert
                           Attorney for Defendant

☒ X   IT IS SO ORDERED.
☐     IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:   5/13/2025          *Haywood S. Gilliam, Jr.*
                           U.S. DISTRICT JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

Form ADR-Stip rev. 1-15-2019