UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANNEN REIGHS BUELNA,

    Plaintiff,

v.

UNITED STATES OF AMERICA, et al.,

    Defendants.

Case No. 25-cv-01020-HSG

**SCHEDULING ORDER**

A case management conference was held on May 6, 2025. Having considered the parties' proposal, *see* Dkt. No. 25, the Court **SETS** the following deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Amendment of Pleadings/ Joinder | July 24, 2025 |
| Close of Fact Discovery | October 22, 2025 |
| Exchange of Opening Expert Reports | November 6, 2025 |
| Exchange of Rebuttal Expert Reports | November 21, 2025 |
| Close of Expert Discovery | December 6, 2025 |
| Dispositive Motion Hearing Deadline | January 22, 2026, at 2:00 p.m. |
| Pretrial Conference | April 21, 2026, at 3:00 p.m. |
| Jury Trial (7 days) | May 4, 2026 at 8:30 a.m. |

//

//

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause. The parties are directed to review and comply with this Court's standing orders.

**IT IS SO ORDERED.**

Dated:   5/13/2025

*[signature: Haywood S. Gilliam, Jr.]*
HAYWOOD S. GILLIAM, JR.
United States District Judge