CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102-3495
  Telephone:  (415) 436-7224
  Facsimile:  (415) 436-6748
  jevechius.bernardoni@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CANNEN REIGHS BUELNA,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants. | Case No. 4:25-cv-01020-HSG<br><br>**STIPULATION AND ORDER TO EXTEND FACT DISCOVERY DEADLINE APPLICABLE TO THE UNITED STATES AND PLAINTIFF** |

WHEREAS, Plaintiff Cannen Reighs Buelna ("Plaintiff") filed the above-captioned lawsuit on January 31, 2025 (ECF No. 1);

WHEREAS, Plaintiff completed service of the complaint and summons on defendant the United States of America ("United States") on April 7, 2025;

WHEREAS, on June 6, 2025, the United States filed a motion to dismiss arguing, *inter alia*, that the Court lacks subject matter jurisdiction over the United States as a result of sovereign immunity (ECF No. 30);

WHEREAS, Plaintiff filed an opposition to the motion to dismiss (ECF No. 34) and the United States filed a reply (ECF No. 35);

WHEREAS, on August 7, 2025, the Court issued an order taking the United States' motion to dismiss under submission and vacating the August 14, 2025 hearing (ECF No. 37);

1    WHEREAS, fact discovery is currently scheduled to close on October 22, 2025 (ECF No. 29);

2    WHEREAS, as a result of the United States' pending motion to dismiss, Plaintiff and the United

3    States agree, subject to Court approval, that the October 22, 2025 fact discovery deadline should be

4    extended to November 6, 2025;

5    WHEREAS, Plaintiff and the United States further agree that the requested extension should be

6    applicable to fact discovery between Plaintiff and the United States only, and Plaintiff and the United

7    States do not seek to alter the October 22, 2025 fact discovery deadline with respect to fact discovery

8    between Plaintiff and defendant Bandit Industries, Inc.; and

9    WHEREAS, this is the first stipulated request to amend the Court's Scheduling Order in the

10   above-captioned matter (ECF No. 29), and the requested extension does not impact any other deadlines in

11   the Court's Scheduling Order.

12   NOW, THEREFORE, IT IS HEREBY STIPULATED, subject to Court approval, that the October

13   22, 2025 deadline for fact discovery between Plaintiff and the United States only should be extended to

14   November 6, 2025.

15   DATED:  September 29, 2025                 Respectfully submitted,

16                                             CRAIG H. MISSAKIAN
                                               United States Attorney
17
                                               /s/ Jevechius D. Bernardoni*
18                                             JEVECHIUS D. BERNARDONI
                                               Assistant United States Attorney
19
                                               Attorneys for United States Of
20                                             America

21   DATED: September 29, 2025                 **Sweet James, LLP**

22

23                                       By:   /s/ Cioffi C. Remmer
                                               Cioffi C. Remmer, Esq.
24                                             Attorney for Plaintiff,
                                               CANNEN REIGHS BUELNA
25

26   *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
     that all signatories have concurred in the filing of this document.*

27

28

STIPULATION AND ORDER REGARDING FACT DISCOVERY DEADLINE
No. 4:25-cv-01020-HSG                          2

1

**ORDER**

2          Pursuant to the stipulation between Plaintiff and the United States, the October 22, 2025 deadline

3   for fact discovery between Plaintiff and the United States only is extended to November 6, 2025.

4          IT IS SO ORDERED.

5   Dated:    9/29/2025

6                                                  THE HONORABLE HAYWOOD S. GILLIAM, JR.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER REGARDING FACT DISCOVERY DEADLINE
 No. 4:25-cv-01020-HSG                                    1