CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CANNEN REIGHS BUELNA,<br><br>   Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>   Defendants. | Case No. 4:25-cv-01020-HSG<br><br>**STIPULATION AND ORDER TO CONTINUE OCTOBER 14, 2024 CASE MANAGEMENT CONFERENCE** |

Subject to the Court's approval, Plaintiff and defendants the United States of America ("United States") and Bandit Industries, Inc. ("Bandit"), through their undersigned counsel of record, hereby stipulate as follows:

    1.    At midnight on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for other Executive Branch agencies. The date when funding will be restored by Congress has not been established.

    2.    The United States has conveyed the following to Plaintiff and Bandit:

        a.    The Anti-Deficiency Act, 31 U.S.C. §1341, as construed by the Attorney General, provides that in the absence of appropriated funds no obligation can be incurred except for the protection of life and property, the orderly suspension of operations, or as otherwise authorized by law. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a volunteer basis,

"except for emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

      b.    Undersigned counsel will be furloughed for the duration of the lapse in appropriations.

3. On October 8, 2025, the Court set a case management conference for October 14, 2025 at 2:00 p.m. via Zoom. ECF No. 42.

4. If the lapse in appropriations continues through October 14, 2025, counsel for the United States be on furlough status and will not be able to attend the October 14, 2025 case management conference.

5. The parties therefore request a two-week continuance of the October 14, 2025 case management conference, to October 28, 2025 at 2:00 p.m.

IT IS SO STIPULATED.

DATED: October 10, 2025                      Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for the United States of America

DATED: October 10, 2025                      */s/ Richard S. Linkert*
RICHARD S. LINKERT, ESQ.
MADISON M. SIMMONS, ESQ.
Attorneys for DEFENDANT, BANDIT INDUSTRIES, INC.

DATED: October 10, 2025                      */s/ Cioffi Remmer*
CIOFFI REMMER, ESQ.

Attorneys for PLAINTIFF, CANNEN REIGHS BUELNA

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to stipulation, IT IS HEREBY ORDERED THAT the October 14, 2025 case management conference is continued to October 28, 2025 at 2:00 p.m. via Zoom.

IT IS SO ORDERED.

DATED:   10/24/2025

_____
THE HONORABLE HAYWOOD S. GILLIAM JR.

[Stamp: DENIED — Haywood S. Gilliam Jr., Judge Haywood S. Gilliam Jr.]