UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CANNEN REIGHS BEULNA,

Plaintiff(s),

v.

U.S. FOREST SERVICE; U.S.,

Defendant(s).

Case No. CV-24-01588-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Anthony Thomas Pieti, an active member in good standing of the bar of State of Michigan, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Bandit Industries, Inc. in the above-entitled action. My local co-counsel in this case is Richard Stone Linkert, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 88756.

| | |
|---|---|
| 38505 Woodward Ave., Ste. 100<br>Bloomfield Hills, MI 48304<br>MY ADDRESS OF RECORD | 3638 American River Drive<br>Sacramento, CA 95864-5901<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 248-496-1150<br>MY TELEPHONE # OF RECORD | 916-978-3434 ext 115<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| apieti@plunkettcooney.com<br>MY EMAIL ADDRESS OF RECORD | rlinkert@mathenysears.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: P64501.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court zero times in the 12 months preceding this application.

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.

4   Dated: October 31, 2025                                          Anthony Thomas Pieti
                                                                     APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Anthony Thomas Pieti  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  10/31/2025

_Haywood S. Gilliam Jr._
UNITED STATES DISTRICT JUDGE

# STATE BAR OF MICHIGAN
## CERTIFICATE OF GOOD STANDING



This certifies that Anthony Pieti, P64501 of Bloomfield Hills, Michigan is an active member of the State Bar of Michigan in good standing.

Anthony Pieti was admitted to practice in Michigan on May 17, 2004 in Wayne County and became a member of the State Bar of Michigan on May 25, 2004.

Peter W. Cunningham, Executive Director
October 29, 2025